USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2053  UNITED STATES, Appellee, v. JOSE LUIS MOZO SANCHEZ, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Theodore L. Craft on brief for appellant. _________________ Guillermo Gil, United States Attorney, Epifanio Morales-Cruz, _____________ ______________________ Assistant United States Attorney, and Jose A. Quiles Espinosa, Senior _______________________ Litigation Counsel, on brief for appellee. ____________________ August 22, 1996 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, it appears that this appeal presents no substantial question. We perceive no plain error in the district court's acceptance of defendant's guilty plea. The evidence of the overheard phone call does not suggest to us that defendant's right of privacy was violated, that his plea was involuntary, or that the district court was required sua sponte to inquire __________ into the matter. We also perceive no plain error in the sentencing proceedings related to defendant's medical condition. The district court postponed sentencing pending the necessary medical evaluations, and both sides acknowledged at the sentencing hearing that those evaluations were negative. We find no basis for resentencing here. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-